BLUMENTHAL v. WASHINGTON HEIGHTS HOSPITAL (two cases).

AVERY v. SAME.

(Nos. 7506–7508.)

(Supreme Court, Appellate Division, First Department. June, 1915.)

MANDAMUS ⬛==181—DISPUTED FACTS—PEREMPTORY WRIT—ALTERNATIVE WRIT.
  Where direct issues of fact are presented in the moving and answering and replying affidavits, the issuance of a peremptory writ of mandamus is error.

  [Ed. Note.—For other cases, see Mandamus, Cent. Dig. §§ 401–404, 406, 408, 409, 418; Dec. Dig. ⬛==181.]

Appeal from Special Term, New York County.

Applications for writs of mandamus by Henry A. Blumenthal, by Manus J. Blumenthal, and by Ledyard Avery against the Washington Heights Hospital. From orders granting peremptory writs, respondent appeals. Reversed, and alternative writs granted.

Argued before INGRAHAM, P. J., and McLAUGHLIN, LAUGH-LIN, CLARKE, and SCOTT, JJ.

⬛==For other cases see same topic & KEY-NUMBER in all Key-Numbered Digests & Indexes

Leo R. Brilles, of New York City, for appellant.
I. Balch Louis, of New York City, for respondents.

PER CURIAM.   As direct issues of fact are presented upon the moving and answering and replying affidavits, the direction for the issuance of a peremptory writ of mandamus was error.

The orders appealed from are therefore reversed, with $10 costs and disbursements, the motions for a peremptory writ denied, and alternative writs granted.